UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.

**SAJED AL-MAAREJ,**

      Defendant.
_____/

Case No. 23-30387
Originating No.  23-147

### GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **SAJED AL-MAAREJ,** to answer to charges pending in another federal district, and states:

1. On **September 26, 2023,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Western District of Washington based on an Indictment**. Defendant is charged in that district with violations of **18 USC Sections 1349, 1343, 1341 and 2 – Conspiracy to Commit Wire and Mail Fraud, Wire Fraud, Mail Fraud**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  See Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

DAWN N. ISON
United States Attorney

*s/Terrence Haugabook*
TERRENCE HAUGABOOK
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: September 26, 2023