

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | CRIMINAL NO. 23-<br>Original District NO. 23-147 |
| SAJED AL-MAAREJ,<br><br>Defendant. | F I L E D<br>SEP 2 6 2023<br>CLERK'S OFFICE<br>U.S. DISTRICT COURT |

### ORDER TRANSFERRING DEFENDANT TO ANSWER TO CHARGES PENDING IN ANOTHER DISTRICT

This matter coming before the Court on the Government's Petition for Removal, for the reasons stated on the record and pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, it is hereby ordered that **SAJED AL-MAAREJ be transferred to the Western District of Washington for further proceedings in the case of United States v. SAJED AL-MAAREJ** who has been ordered released pursuant to the Bail Reform Act of 1984 (18 U.S.C. Section 3141 et seq.), shall appear at the following location at the following date/time: **October 10, 2023 at 11:00 Pacific time at the United States Courthouse located at 700 Stewart Street, Seattle, WA 98101, Courtroom 12B.**

If defendant fails to appear as directed, he will be subject to arrest, revocation of release, and detention, and he could be prosecuted and imprisoned for the crimes of bond jumping or contempt of court. See 18 U.S.C. Sections 3146, 3148.

_____
HONORABLE
United State Magistrate Judge

Dated: 09/26/2023