UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

       Plaintiff,

    v.                                     Case No. 23-mj-30387

Sajed Al-Maarej,

       Defendant.
_____/

## Appearance

To the Clerk of this Court and all parties of record:

Enter my appearance as Counsel in this case for Sajed Al-Maarej. I certify that I am admitted to practice in the Court.

                                                         Submitted,

s/ Fabián Rentería Franco
FEDERAL COMMUNITY DEFENDER
613 Abbott Street, Suite 500
Detroit, Michigan 48226
T: 313.463.6143
E: fabian_renteria_franco@fd.org

Dated: September 26, 2023